# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE HOEY,<br><br>                Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>                Defendant. | Case No. SACV 15-00514-DDP (DTB)<br><br>ORDER TO SHOW CAUSE |

Pursuant to ¶ V of the Court's Order Regarding Further Proceedings, plaintiff's motion for summary judgment and points and authorities in support of the relief requested was to be filed no later than sixty (60) days after the answer and transcript of administrative proceedings were filed. Defendant filed her Answer and served the Administrative Record on August 7, 2015. Accordingly, plaintiff's motion for summary judgment and points and authorities was due on or before October 6, 2015.

More than sixty (60) days from the filing of defendant's Answer has elapsed, and plaintiff still has not filed her motion for summary judgment in compliance with ¶ V of the Court's Order.

/ / /

/ / /

Accordingly, on or before December 4, 2015, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and/or failure to comply with the Court's prior Order; or (b) file her motion for summary judgment and points and authorities in support of the relief requested, and file a proof of service reflecting such service.

DATED: November 4, 2015

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2