JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE HOEY, | ) Case No. SACV 15-00514-DDP (DTB) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 11, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE